**Fill in this information to identify your case:**

Debtor 1  **Charlotte Kaye Shope**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Progressive Leasing**<br>Description of property securing debt: **Misc. household goods** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **World Acceptance/Finance Corp**<br>Description of property securing debt: **Misc. household goods** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| Debtor 1 | **Charlotte Kaye Shope** | Case number *(if known)* | |
|---|---|---|---|

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

Lessor's name:
Description of leased Property:

☐ No
☐ Yes

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/  Charlotte Kaye Shope**
    **Charlotte Kaye Shope**
    Signature of Debtor 1

X  _____
    Signature of Debtor 2

Date  **February  8, 2019**

Date  _____

## United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Charlotte Kaye Shope**                                              Case No.

Debtor(s)                                                                                  Chapter  **7**

## CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2019 I filed the aforesaid Chapter 7 Individual Statement of Intention with the United States Bankruptcy Court for the Eastern District of Tennessee using its CM/ECF Electronic Filing system and thereby caused a copy of the pleadings to be served on the U.S. Trustee's Office and the Chapter 7 Trustee and all other parties designated thereto.

    I further certify that the Chapter 7 Individual Statement of Intention was served by U.S. Mail, First Class, Postage Prepaid upon all parties listed below.

**Progressive Leasing**
**256 W. Data Drive**
**Draper, UT 84020**

**World Acceptance/Finance Corp**
**Attn: Bankruptcy**
**Po Box 6429**
**Greenville, SC 29606**

**/s/ Bernard S. Via, III**
**Bernard S. Via, III**
**Bernard S. Via, III**
**210 Johnson St.**
**Bristol, VA 24201**
**276/669-4003**
**bsvia@bvu.net**